PROB 35　　　　　　　　Report and Order Terminating Probation/Supervised Release
(Rev. 5/01)　　　　　　　　　　Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　Crim. No.　4:15CR00224-1

Megan D. Scott

On January 12, 2016, the above named was placed on probation for a period of twelve months. She has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Megan D. Scott be discharged from supervision.

Respectfully submitted,

_____
Ervin G. Frazier, II
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this _21_ day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA